■ In the Matter of ROBIN TERRANCE, Respondent, v CINDY TERRANCE, Appellant. — Appeal from an order of the Family Court of St. Lawrence County (Follett, J.), entered July 8, 1982, which awarded custody of the parties' infant child to petitioner. Order affirmed, without costs, on the opinion of Judge J. George Follett of the Family Court of St. Lawrence County. Sweeney, J. P., Kane, Casey, Yesawich, Jr., and Weiss, JJ., concur.